# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kyle Brandon Gonzales.**; DOB: 1983; United States<br>**Shannon Lee Galbally**; DOB: 1977; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-13129MJ |
| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 16, 2025, in the District of Arizona, **Kyle Brandon Gonzales** and **Shannon Lee Galbally**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Isac Aguirre-Sancez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 16, 2025, in the District of Arizona (Tucson), at approximately 12:30 p.m., Border Patrol Agents (BPAs), were traveling on Interstate 10 (I-10) westbound when they pulled behind a Department of Public Safety (DPS) traffic stop to see if they may need any assistance. BPAs were notified by DPS on scene that they initiated the stop for following at an unsafe distance. As BPAs approached the stop, they observed two DPS officers talking to the driver, identified as **Kyle Brandon Gonzales**, and passenger **Shannon Lee Galbally**. As BPAs approached the Honda CRV, they looked in the rear compartment and noticed a blanket that was spread out and in an odd form, as if it were covering something. After looking at the blanket for a couple seconds, they noticed the blanket moving slightly, indicating that someone was hiding underneath. DPS asked **Galbally** if anyone was in the back, and she stated that there was a person. **Galbally** gave permission to search the vehicle. BPAs opened the back of the vehicle, lifted the blanket, and observed a person laying underneath. The subject was identified as Isac Aguirre-Sanchez a citizen and national of Mexico. Aguirre admitted to crossing into the United States illegally earlier in the day. Record checks revealed Aguirre did not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness, Isac Aguirre-Sancez stated he is a citizen and national of Mexico. His Uncle made arrangements for him to be smuggled into the United States. He does not know how much his uncle was charged. Once he arrived at the border he was briefed about where he needed to walk to and wait for the vehicle to pick him up. He was given the description of the person who would be picking him up, a blond older lady between the age of 55 and 60. He crossed the U.S./Mexico border by using a rope to climb over the border wall sometime early in the morning. After crossing the border, he walked for approximately four hours until he reached the vehicle pickup location. He waited for approximately one and a half hours before the vehicle arrived around noon. He saw a Honda SUV slowly rolling near his location. When the female passenger, matching the

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Isac Aguirre-Sancez ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 17, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**

description given to him, saw him and hand gestured to let him know to approach the vehicle. He took off his camouflage clothing he was wearing, as he had been instructed, and got inside the vehicle. As he was boarding the vehicle, he got a quick glimpse of the driver, and he was able to see a tattoo on his arm. He got inside the vehicle in the cargo area of the SUV, laid down, and covered himself with a blanket. While riding in the back, he could hear either the driver or passengers on the phone talking to someone. After driving for approximately one hour and a half, the vehicle was stopped. He was told to get out of the vehicle by BPAs. Once Aguirre arrived at the processing facility, he saw the driver again.

After waiving her *Miranda Rights*, **Shannon Lee Galbally** stated her boyfriend **Kyle Brandon Gonzales** is the owner of the Black Honda CRV. She stated that last night her and **Gonzales** travelled from her house in Mesa to Bisbee, AZ to visit some friends of **Gonzales**. Upon arriving in Bisbee, **Gonzales** went to meet with his friend "Casper". They stayed the night at a hotel in Bisbee. Today around 9:00 a.m., they traveled to the border fence near an unknown place and area. Upon arriving near the border, a young Hispanic male wearing a dark color jacket opened the rear passenger door, jumped inside the car, and laid down in vehicle concealing himself. **Galbally** stated that she was unaware of any arrangements **Gonzales** may have made in Bisbee. They then continued north towards I-10 and believed they were to take the Hispanic male to Phoenix, AZ. She stated that soon after picking up the illegal alien, **Gonzales** mentioned that he was going to be paid $1,000 USD for taking him to Phoenix. She was asked if **Gonzales** was splitting the money with her and she said, "No, I do not believe he was". She was asked if, prior to the vehicle stop, she was instructed by **Gonzales** in any way, and she stated that **Gonzales** told her not to speak or say anything.

After waiving his *Miranda* rights, principal **Kyle Brandon Gonzales** stated that he lives in Mesa, AZ and traveled to Naco, Arizona, along with his girlfriend **Galbally.** They went to Naco with the intention of picking up illegal aliens, which he has done in the past. He was going to be paid $1,000 USD per person that he smuggled to Phoenix, Arizona. He has been doing this type of work for over a year and has smuggled illegal aliens from the Bisbee/Douglas area. He works for a person known to him as Casper from which he receives his instructions on where to pick up illegal aliens. He stated he has made approximately $100,000 over a year of smuggling.